1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  JOHN R. MARTINEZ,

12                          Plaintiff,

13          v.

14

15  W. SHAW, et. al.,

16                          Defendants.

CV F   03 5125 OWW SMS P

ORDER GRANTING REQUESTS TO
EXTEND DISCOVERY DEADLINE (Docs.
40-1, 41.)

ORDER DENYING PLAINTIFF'S REQUEST
TO EXTEND THE AMENDED PLEADINGS
DEADLINE (Doc. 40-2.)

_____/

17
18      John R. Martinez ("Plaintiff") is a state prisoner proceeding pro se and in forma

19  pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

20      On June 22, 2005, Plaintiff moved to extend the discovery deadline of July 5, 2005, and

21  the amended pleadings deadline of August 5, 2005.  Plaintiff says that he needs the extra time to

22  obtain declarations from inmates who have recently been released from segregation and that he

23  does not yet have all his legal paperwork.

24      On June 23, 2005, Defendants moved to extend the discovery deadline in order to depose

25  Plaintiff.

26  **A.  Motion to Extend Discovery**

27      The Court has examined the requests of the parties to extend the discovery deadline and

28  finds good cause to grant the requests.  Accordingly, the request to extend the discovery deadline

1

1   is GRANTED.

2   **B.  Motion to Extend Amended Pleadings Deadline**

3          The Court has examined Plaintiff's request to extend the Amended Pleadings deadline

4   and finds Plaintiff does not show good cause to extend the deadline.  As a preliminary matter, the

5   deadline is not until August 5, 2005.  Other than Plaintiff's statement that he needs to obtain the

6   declarations of inmates just released from segregation, the extension of the discovery deadline

7   should suffice.

8   **C.  Conclusion and Order**

9          Accordingly, the Court HEREBY ORDERS:

10         1.      The requests to extend the discovery deadline is GRANTED.  Discovery,

11                 including all motions to compel, SHALL conclude on August 5, 2005;

12         2.      Plaintiff's request to extend the amended pleadings deadline is DENIED.

13

14  IT IS SO ORDERED.

15  **Dated:    June 27, 2005**                      **/s/ Sandra M. Snyder**
    icido3                                     UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28