UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>W. SHAW, et. al.,<br><br>                    Defendants.<br>_____/ | CV F   03 5125 OWW SMS P<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL (Doc. 44.)<br><br>ORDER DENYING MOTION TO AMEND (Doc. 45.)<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN LODGED DOCUMENTS TO PLAINTIFF |

John R. Martinez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

**A. Motion for Extension of Time to File Motion to Compel**

On August 4, 2005, Plaintiff moved for an extension of time to file a Motion to Compel. Plaintiff states that requests for interrogatories served on Defendant Shaw had not been responded to and that Counsel for Defendant indicated that the responses were forthcoming at Plaintiff's deposition.

On August 11, 2005, Defendants filed an Opposition to the Motion to Compel. However,

1

no Motion to Compel has been filed by Plaintiff.  Nevertheless, the Opposition indicates that the responses by Defendant Shaw sought by Plaintiff had been served, however, they were served on the wrong inmate.  Upon discovery of this error, Defendants reserved the responses on Plaintiff on the same date as the Opposition was filed.

To date, as the record stands, there appears to be no issue necessitating the filing of a Motion to Compel.  Further, Plaintiff has not indicated to the Court that he did not receive the responses he initially sought.  Accordingly, the Motion for an Extension of Time to file a Motion to Compel is DENIED.

**B.  Motion for Leave to File Second Amended Complaint**

Also on August 4, 2005, Plaintiff filed a Motion for Leave to file a Second Amended Complaint and appropriately served the Motion on Defendants.  Plaintiff also lodged a proposed Second Amended Complaint with the Court.  However, it appears that the proposed Second Amended Complaint was not served on Defendants.  A close review of the proof of service attached to the Motion for leave to file the Second Amended Complaint reveals that Plaintiff only served Defendants with the Motion and not the proposed lodged Second Amended Complaint.  To date, Defendants have not filed an Opposition or Statement of Non-Opposition to the Motion for Leave to file a Second Amended Complaint.

Pursuant to the Local Rules and the Federal Rules of Civil Procedure, all pleadings filed with the Court <u>must be served on the opposing</u> party.  Local Rule 5-135(b); Fed.R.Civ.P. 5. Although the proposed Second Amended Complaint is only lodged with the Court at this time, Plaintiff's intention is that it be *filed*, however, there is no proof of service indicating that the proposed Second Amended Complaint has been served on Defendants.  Thus, Defendants are unaware of any changes, additions or deletions intended by Plaintiff and cannot file either an Opposition or Statement of Non-Opposition without such information.  Accordingly, in light of Plaintiff's failure to serve Defendants with the proposed lodged Second Amended Complaint, the Motion for Leave to File a Second Amended Complaint is DENIED without prejudice.

**C.  Order**

The Court HEREBY ORDERS:

1. The Motion for an Extension of Time to file a Motion to Compel is DENIED:

2. The Motion for Leave to File A Second Amended Complaint is DENIED without prejudice; and

3. The Clerk of Court is DIRECTED to return to Plaintiff the lodged Second Amended Complaint.

IT IS SO ORDERED.

**Dated:   September 6, 2005**                     **/s/ Sandra M. Snyder**
icido3                                                              UNITED STATES MAGISTRATE JUDGE