UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN R. MARTINEZ, | ) | 1:03-CV-05125-OWW-SMS-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |
| v. | ) ) | (DOCUMENT #47) |
| W. SHAW, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 29, 2005, defendants filed a motion for an extension of time to file a dispositive motion. The current deadline for filing dispositive motions in this case is September 5, 2005

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that defendants are granted an extension of time until October 5, 2005, in which to file a dispositive motion.

IT IS SO ORDERED.

**Dated:   September 19, 2005**          **/s/ Sandra M. Snyder**
b6edp0                                   UNITED STATES MAGISTRATE JUDGE