IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOHN R. MARTINEZ,** <br><br> Plaintiff, <br><br> v. <br><br> **W. SHAW, et al.,** <br><br> Defendants. | 1:03-CV-05125-OWW-SMS-P <br><br> **ORDER GRANTING SECOND EXTENSION OF DEADLINE TO FILE DISPOSITIVE MOTIONS (Doc. 51.)** |

Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 29, 2005, defendants filed a request for a second extension of time, until November 4, 2005, in which to file a pretrial dispositive motion. The deadline shall be extended for all parties in this action.

Accordingly, IT IS HEREBY ORDERED that defendants' request for an extension of time is GRANTED, and the deadline filing pretrial dispositive motions is extended to November 4, 2005, for all parties in this action.

IT IS SO ORDERED.

**Dated:   October 6, 2005**                    /s/ Sandra M. Snyder
b6edp0                                          UNITED STATES MAGISTRATE JUDGE