# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

JOHN R.  MARTINEZ,                                          CV F   03 5125 OWW SMS P

                  Plaintiff,

      v.

W.  SHAW, et.  al.,

                  Defendants.

_____/

ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (Doc. 63.)

      John R.  Martinez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On December 14, 2005, Plaintiff moved for an extension of time to file an Opposition to the Motion for Summary Judgment.  Plaintiff's Motion is GRANTED.  The Opposition is due within **THIRTY (30) DAYS** of the date of service of this Order.

IT IS SO ORDERED.

**Dated:   December 21, 2005**                      _____/s/ Sandra M. Snyder_____
b6edp0                                                    UNITED STATES MAGISTRATE JUDGE

1