# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>W. SHAW, et. al.,<br><br>        Defendants.<br>_____/ | CV F   03 5125 OWW SMS P<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br>(Doc. 67.) |

     John R. Martinez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

     Defendants filed a Motion for Summary Adjudication on November 18, 2005. On December 14, 2005, Plaintiff moved for an extension of time to file an Opposition to the Motion contending he needed more time to access the law library. The Court granted the request on December 21, 2005.

     On January 24, 2006, Plaintiff again moved for an extension of time citing limited law library access as justification. The Court granted his request on February 7, 2006.

     On March 9, 2006, Plaintiff moved for his third extension of time, again citing to limited law library access. The court will grant Plaintiff this final extension of time. Plaintiff had notice of the Motion for Summary Adjudication since November of last year. Plaintiff's duty in

formulating an Opposition to such a motion does not require law library research or citation to legal authority.  Plaintiff indicates that he is about half way done but needs another 24 pages to complete his Opposition.  This implies that the Opposition will be at least fifty pages long.  Plaintiff should take care not to make his Opposition so lengthy it clouds the Court's ability to determine whether there is a genuine issue of disputed fact.  In any event, as noted above, Plaintiff is not required to cite to legal authority in formulating an Opposition to a Motion for Summary Adjudication and thus, the general justification that law library access is needed does not present good cause for an extension of time.  As such, no further extensions will be granted but upon a showing of EXTREMELY GOOD CAUSE.  The Court will proceed with the resolution of the Motion at the expiration of this final extension of time.

The Court HEREBY ORDERS:

1. The Opposition is due within thirty days of the date of service of this Order.

*No further extensions will be granted but upon a showing of extremely good cause.*

IT IS SO ORDERED.

**Dated:   March 13, 2006**           /s/ Sandra M. Snyder
icido3                                             UNITED STATES MAGISTRATE JUDGE