UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN R. MARTINEZ, | ) | 1:03-CV-05125-OWW-SMS-P |
| Plaintiff, | ) ) | ORDER GRANTING THIRD EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |
| v. | ) ) | |
| W. SHAW, et al., | ) ) | (DOCUMENT #67) |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 9, 2006, plaintiff filed a motion to extend time to file an Opposition to the Motion for Summary Judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his opposition.

IT IS SO ORDERED.

**Dated:   March 27, 2006**              /s/ Sandra M. Snyder
b6edp0                                   UNITED STATES MAGISTRATE JUDGE