UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN R. MARTINEZ, | ) | 1:03-CV-5125-OWW-SMS-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #72) |
| W. SHAW, et al., | ) ) | |
| Defendants. | ) ) | |

     Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On June 1, 2006, defendants filed a motion for an extension of time to file a response to plaintiff's opposition to the motion for summary judgment. Inasmuch as defendants filed a reply brief in support of the motion for summary judgment on June 21, 2006, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT defendants' motion to extend time is GRANTED nunc pro tunc to June 1, 2006.

IT IS SO ORDERED.

**Dated:  July 6, 2006**            **/s/ Sandra M. Snyder**
b6edp0            UNITED STATES MAGISTRATE JUDGE