# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>W. SHAW, et. al.,<br><br>　　　　　Defendants.　　　　　／ | CV F   03 5125 OWW SMS P<br><br>ORDER CONSTRUING "SUPPLEMENTAL MEMORANDUM . . ." AS SURREPLY (Doc. 79)<br><br>ORDER STRIKING SURREPLY FROM RECORD (Doc. 79.) |

　　　John R. Martinez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On November 18, 2005, the remaining Defendants, Cobbs, Berkeler, Shaw, Ybarra, Rodriguez and Lopez filed a Motion for Summary Judgment. An Amended Motion for Summary Adjudication was filed by Defendants on November 22, 2005, and is currently pending before the Court. Plaintiff filed his Opposition to the Motion on May 22, 2006. Defendants filed a Reply to the Opposition on June 21, 2006. Plaintiff then filed a pleading titled "Supplemental Memorandum of Points and Authorities in support of Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment." In this pleading, Plaintiff addresses Defendant's Reply to the Opposition.

　　　The Court CONSTRUES Plaintiff's pleading as a Surreply. However, the Local Rules provide for a motion, an opposition, and a reply. Local Rule 78-230(c), (d). Neither the Local Rules nor the Federal Rules of Civil Procedure provide the right to file a surreply, and the Court

1 | neither requested one from Plaintiff or granted him permission to file one. See, Rule 56,
2 | Fed.R.Civ.P.
3 |     Accordingly, in light of the above, the Court HEREBY ORDERS:
4 |   1.    The pleading titled "Supplemental Memorandum . . ." that addresses Defendant's
5 |         Reply to the Opposition is CONSTRUED as a SURREPLY; and
6 |   2.    The SURREPLY is STRICKEN from the record as unauthorized.
7 | IT IS SO ORDERED.
8 | **Dated:   August 22, 2006**              /s/ Sandra M. Snyder
    icido3                                          UNITED STATES MAGISTRATE JUDGE