1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  JOHN R. MARTINEZ,                    1:03-cv-05125-OWW-SMS-P

12              Plaintiff,          **ORDER ADOPTING FINDINGS AND**
                                    **RECOMMENDATIONS** (Doc. 81)
13  vs.
                                    **ORDER REGARDING PARTIAL MOTION**
14  W. SHAW, et al.,                **FOR SUMMARY JUDGMENT**
                                    (Docs. 58, 61)
15              Defendants.
    _____/

16

17      John R. Martinez ("Plaintiff") is a state prisoner

18  proceeding pro se and in forma pauperis in this civil rights

19  action pursuant to 42 U.S.C. § 1983.  The matter was referred to

20  a United States Magistrate Judge pursuant to 28 U.S.C.

21  § 636(b)(1)(B) and Local Rule 72-302.

22      On September 11, 2006, the Magistrate Judge filed Findings

23  and Recommendations herein which were served on the parties and

24  which contained notice to the parties that any objections to the

25  Findings and Recommendations were to be filed within fifteen (15)

26  days.  On September 28, 2006, Plaintiff filed objections to the

27  Magistrate Judge's Findings and Recommendations.

28  //

                                    1

In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
<u>de novo</u> review of this case.  Having carefully reviewed the
entire file, the Court finds the Findings and Recommendations to
be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed September 11,
2006, are ADOPTED IN FULL;

2.   Defendants' Motion for Summary Judgment is GRANTED with
respect to the Due Process claim concerning the procedures used,
the retaliation claim against all Defendants for Plaintiff's
validation as a gang member, and the excessive force in
retaliation claim against Defendant Shaw;

3.   Defendants' Motion for Summary Judgment is DENIED with
respect to the insufficiency of the evidence used to validate
Plaintiff in violation of Due Process, and the vagueness and
overbreadth claim concerning the applicable California
regulation; and,

4.   Defendants are afforded the opportunity to file a
second Motion for Summary Judgment in order to cure deficiencies
outlined in the Findings and Recommendations, within **thirty (30)
days** from the date of service of this Order.

IT IS SO ORDERED.

**Dated:   November 15, 2006**          _____ **/s/ Oliver W. Wanger** _____
emm0d6                                UNITED STATES DISTRICT JUDGE