IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHN R. MARTINEZ,<br><br>           Plaintiff,<br><br>    v.<br><br>W. SHAW, et al.,<br><br>           Defendants. | No. 1:03-cv-5125 OWW SMS P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT (Doc. 85.)** |

## ORDER

On December 19, 2006, Defendants' moved for an extension of time to file a Motion for Summary Judgment on the grounds that Counsel is occupied with other cases and does not have sufficient time to prepare a Motion in this case.

IT IS HEREBY ORDERED that, from the date this order is served, Defendants have 45 days from the date of service of this Order to file and serve their Motion for Summary Judgment.

IT IS SO ORDERED.

**Dated:   December 20, 2006**          /s/ Sandra M. Snyder
b6edp0                                                    UNITED STATES MAGISTRATE JUDGE