1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| **JOHN R.  MARTINEZ,** | 1:03-CV-5125 OWW SMS P |
| Plaintiff, | **ORDER GRANTING MOTION TO REVIEW DOCUMENTS IN CAMERA AND FILE THEM UNDER SEAL** (Doc. 88) |
| **v.** | |
| **W.  SHAW, et al.,** | |
| Defendants. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION (Doc. 90)** |

15
16
17
18
19
20
21

Defendants Berkler, Cobbs, Lopez, Rodriguez, Shaw and Ybarra have moved for the Court to review in camera, and file under seal, four documents from Martinez's central file, referenced as Exhibits B, C, D, and E in support of Defendants' motion for summary judgment. Good cause appearing, the motion is granted.  The Clerk is directed to keep the four documents under seal during the pendency of this litigation, and to return them to defense counsel at the conclusion of this litigation.

Defendants also moved for an extension of time to file their dispositive motion. Good cause appearing, the Motion is GRANTED.

The Court HEREBY ORDERS:

1.    The Motion to file documents under seal is GRANTED;

2.    The Clerk of Court is DIRECTED to file the *confidential documents* under seal when they are submitted by the Defendants.  Defendants should designate the documents as "CONFIDENTIAL" and attach a copy of this Order to them so as to notify the Clerk of Court that they are to be filed under seal.

1

3.    The Defendant's Motion for an extension of time to file the Motion for Summary

Judgment is GRANTED; and

4.    The "CONFIDENTIAL DOCUMENTS" and "MOTION FOR SUMMARY

JUDGMENT" are DUE within TEN (10) DAYS of the date of service of this Order.

IT IS SO ORDERED.

**Dated:    February 22, 2007**              **/s/ Sandra M. Snyder**
icido3                                       UNITED STATES MAGISTRATE JUDGE