UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN R. MARTINEZ, | ) | 1:03-CV-05125-OWW-SMS-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO MOTION |
| v. | ) ) | FOR SUMMARY JUDGMENT |
| W. SHAW, et al., | ) ) | (Doc. 96) |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 20, 2007, plaintiff filed a motion for an extension of time to file a response in opposition to the motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a response to the motion for summary judgment filed by defendants on February 26, 2007.

IT IS SO ORDERED.

**Dated:   April 18, 2007**          /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE