UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> W. SHAW, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | 1:03-CV-05125-OWW-SMS-P <br><br> ORDER GRANTING SECOND EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT <br><br> (Doc. 98) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 24, 2007, plaintiff filed a motion for a second extension of time to file an opposition to defendants' motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an opposition to defendants' motion for summary judgment of February 26, 2007.

IT IS SO ORDERED.

**Dated:   June 11, 2007**              /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE