# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ,<br><br>           Plaintiff,<br><br>   v.<br><br>W. SHAW, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:03-cv-05125-OWW-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR A STATEMENT OF NON-OPPOSITION WITHIN TWENTY DAYS OR THIS ACTION WILL BE DISMISSED<br><br>(Doc. 94) |

Plaintiff John R. Martinez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 26, 2007, defendants filed a motion for summary judgment. Plaintiff was granted a thirty-day extension of time to file a response on April 18, 2007, and again on June 12, 2007. More than thirty days have passed and plaintiff has not filed an opposition or a statement of non-opposition to defendants' motion. Local Rule 78-230(m).

Accordingly, it is HEREBY ORDERED that:

1. Within **twenty (20) days** from the date of service of this order, plaintiff shall file an opposition or a statement of non-opposition to defendants' motion for summary judgment; and

///
///
///
///

1

2. If plaintiff fails to file an opposition or a statement of non-opposition in compliance with this order, this action will be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

**Dated:**    **July 27, 2007**                             /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE