# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>W. SHAW, et al.,<br><br>            Defendants. | CASE NO. 1:03-cv-05125-OWW-SMS PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 101)<br><br>ORDER VACATING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR UNTIL IT IS DEEMED SUBMITTED UNDER LOCAL RULE 78-230(M)<br><br>(Doc. 94) |

Plaintiff John R. Martinez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 26, 2007, defendants filed a motion for summary judgment. Plaintiff was granted a thirty-day extension of time to file a response on April 18, 2007, and again on June 12, 2007. After more than thirty days passed and plaintiff did not file an opposition or a statement of non-opposition to defendants' motion, the Court issued an order requiring plaintiff to file a response within twenty days. On August 27, 2007, plaintiff filed a motion seeking a third extension of time. Plaintiff's motion shall be granted.

In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, defendants' motion for summary judgment is deemed vacated from the Court's calendar until such time as plaintiff files his opposition and the motion is deemed submitted pursuant to Local Rule 78-230(m).

1

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for a thirty-day extension of time to file an opposition to defendants' motion for summary judgment, filed August 27, 2007, is GRANTED; and

2. Defendants' motion for summary judgment is deemed VACATED from the Court's calendar until plaintiff files his opposition and the motion is deemed submitted pursuant to Local Rule 78-230(m).

IT IS SO ORDERED.

**Dated:   August 29, 2007**               /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE