IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, | 1:03-cv-05125-OWW-SMS-PC |
| Plaintiff, | |
| vs. | ORDER DENYING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT |
| W. SHAW, YBARRA, F. A. RODRIGUEZ, LONNIE LOPEZ, J. L. COBBS, AND KERRI BERKELER, | (Doc. 103) |
| Defendants. | |

Plaintiff John R. Martinez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on plaintiff's amended complaint, filed July 30, 2003, against defendants W. Shaw, Ybarra, F. A. Rodriguez, Lonnie Lopez, J. L. Cobbs, and Kerri Berkeler, for violation of due process under the Fourteenth Amendment by a gang validation without sufficient evidence, and challenging the constitutionality of a California regulation as overbroad ("overbroad claim"). (Court Doc. 13.) On February 26, 2007, defendants Shaw, Ybarra, Rodriguez, Lopez, Cobbs, and Berkeler filed a motion for summary judgment, which is currently pending. (Doc. 94.) On September 10, 2007, plaintiff filed an opposition to the motion for summary judgment. (Doc. 103.) In his opposition, plaintiff moved to dismiss the overbroad claim. On February 7, 2008, the court issued an order construing plaintiff's motion to dismiss as a motion to amend the complaint to withdraw the overbroad claim. Pursuant to the order, the parties were given an opportunity

to respond within twenty days, after which time the court would rule on the motion. The twenty day time period has expired, and neither party has filed a response to the motion or otherwise responded to the court's order.

In its order of February 7, 2008, the court found no basis on which to grant leave to amend at this stage of the litigation. Therefore, IT IS HEREBY ORDERED that plaintiff's motion to amend the complaint, filed on September 10, 2007, is DENIED.

IT IS SO ORDERED.

**Dated:   April 23, 2008**              /s/ **Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE