IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>W. SHAW, YBARRA, F. A. RODRIGUEZ, LONNIE LOPEZ, J. L. COBBS, AND KERRI BERKELER,<br><br>　　　　Defendants.<br>_____/ | 1:03-cv-05125-OWW-SMS-PC<br><br>ORDER ADOPTING FINDINGS & RECOMMENDATIONS<br>(Doc. 106.)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT<br>(Doc. 94.)<br><br>ORDER DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS AND CLOSE CASE |

　　　　John R. Martinez ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On April 25, 2008, findings and recommendations were entered, recommending that defendants' second motion for summary judgment, filed on February 26, 2007, be granted.  Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.  To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

        Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 25, 2008, are adopted in full;

2. Defendants' second motion for summary judgment, filed on February 26, 2007, is GRANTED; and

3. The Clerk of Court is directed to enter judgment for defendants and close this case in its entirety.

IT IS SO ORDERED.

**Dated:**   **June 2, 2008**                    /s/ Oliver W. Wanger  
                                                 UNITED STATES DISTRICT JUDGE